[904 NE2d 837, 876 NYS2d 700]

CAROLYN CHARLEY, Appellant, v MARGARET E. GOSS et al.,
Respondents.

Decided February 24, 2009

### APPEARANCES OF COUNSEL

*Kahn Gordon Timko & Rodriques P.C.*, New York City (*Thomas B. Grunfeld* of counsel), for appellant.

*Law Offices of Brian J. McGovern LLC*, New York City (*Alison M.K. Lee* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed with costs.

Defendants Howard Conroy and Margaret Goss presented prima facie evidence, including plaintiff's deposition testimony and medical records, that plaintiff did not suffer a serious injury within the meaning of Insurance Law § 5102 (d) (*see Toure v*

*Avis Rent A Car Sys.*, 98 NY2d 345 [2002]). In opposition, plaintiff failed to raise a triable issue of fact.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.